# United States Court of Appeals
## For the First Circuit

No. 21-1076

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; JANET LOUISE YELLEN, in her official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; AL STEWART, in his official capacity as Acting Secretary of Labor,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 20, 2023

The Status Report and Consent Motion to Continue to Hold Appeal in Abeyance is resolved as follows: this appeal shall be held in abeyance for a further ninety days from the date of this order. After consultation with the Commonwealth, defendants shall file a status report on or before the end of the ninety-day period, concerning the further conduct of this appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
James Preston Fuller, Christopher Paul Bowers, Rajiv Madan, Nathan P. Wacker, Parker Andrew Rider-Longmaid, Shay Dvoretzky, Hanaa Khan, Sylvia Tsakos, Judith Ann Hagley, Francesca Ugolini