# United States Court of Appeals
## For the First Circuit

No. 21-1076

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; JANET LOUISE YELLEN, in her official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; AL STEWART, in his official capacity as Acting Secretary of Labor,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 23, 2023

The Status Report and Consent Motion to Continue to Hold Appeal in Abeyance is resolved as follows: this appeal shall be held in abeyance for a further ninety days from the date of this order. After consultation with the Commonwealth, defendants shall file a status report on or before the end of the ninety-day period, concerning the further conduct of this appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia Eleanor Kobick, Elizabeth C. Carnes Flynn, Jonathan T. Burke, Sharon Swingle, Lowell Vernon Sturgill Jr., Donald Campbell Lockhart, Kevin H. Theriot, Andrew David Beckwith, Kenneth J. Connelly, Susan A. Hartnett, Matthew R Segal, Jessie J. Rossman