UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

COMMONWEALTH OF MASSACHUSETTS,

       Plaintiff-Appellant,

v.                                                                          No. 21-1076

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES ET AL.,

       Defendants-Appellees.

## MOTION TO WITHDRAW

Pursuant to Local Rule 12.0(b), Assistant Attorney General Julia Kobick hereby moves to withdraw as counsel for Plaintiff-Appellant Commonwealth of Massachusetts, as she will be leaving employment at the Massachusetts Attorney General's Office. Assistant Attorneys General Jonathan Burke and Elizabeth Carnes Flynn will remain counsel for the Commonwealth of Massachusetts.

Respectfully submitted,

COMMONWEALTH OF
MASSACHUSETTS,

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Julia E. Kobick
Julia E. Kobick, 1st Cir. No. 1162713

1

Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2559
julia.kobick@mass.gov

Dated: November 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023 the foregoing motion will be filed

and served electronically through the CM/ECF system on the following counsel,

Sharon Swingle, Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Lowell V. Sturgill Jr., Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Defendants-Appellees*

/s/ Julia E. Kobick
Julia E. Kobick, No. 1162713
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2559
julia.kobick@mass.gov

Attorney for the COMMONWEALTH OF
MASSACHUSETTS.

2