# United States Court of Appeals
## For the First Circuit

No. 21-1076

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; JANET LOUISE YELLEN, in her official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; AL STEWART, in his official capacity as Acting Secretary of Labor,

Defendants - Appellees.

**ORDER OF COURT**

Entered: November 13, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Julia Kobick as counsel for Appellant Commonwealth of Massachusetts is granted. Attorney Kobick is hereby withdrawn as counsel of record, and Appellant will continue to be represented by the remaining counsel of record.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia Eleanor Kobick, Elizabeth C. Carnes Flynn, Jonathan T. Burke, Sharon Swingle, Lowell Vernon Sturgill Jr., Donald Campbell Lockhart, Kevin H. Theriot, Andrew David Beckwith, Kenneth J. Connelly, Susan A. Hartnett, Matthew R Segal, Jessie J. Rossman