# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1076

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; JANET LOUISE YELLEN, in her official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; AL STEWART, in his official capacity as Acting Secretary of Labor,

Defendants - Appellees.

———————————

**ORDER OF COURT**

Entered: April 17, 2024

      The Status Report and Consent Motion to Continue to Hold Appeal in Abeyance is resolved as follows: this appeal shall be held in abeyance for a further ninety days from the date of this order. After consultation with the Commonwealth, defendants shall file a status report on or before the end of the ninety-day period, concerning the further conduct of this appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Elizabeth C. Carnes Flynn, Jonathan T. Burke, Sharon Swingle, Lowell V. Sturgill, Donald C. Lockhart, Kevin H. Theriot, Andrew D. Beckwith, Kenneth J. Connelly, Susan A. Hartnett, Matthew R Segal, Jessie J. Rossman