# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 21-1076          **Short Title:** Massachusetts v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

U.S. Dep't of Health & Human Servs. (continued on additional sheet)          as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Derek Weiss
Signature

6/23/26
Date

Derek Weiss
Name

U.S. Department of Justice
Firm Name (if applicable)

202-616-5365
Telephone Number

950 Pennsylvania Avenue N.W.
Address

Fax Number

Washington, D.C. 20530
City, State, Zip Code

Derek.L.Weiss@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1214369

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 18-1514

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Parties Represented (continued)**

Robert F. Kennedy Jr., *in his official capacity*

U.S. Department of the Treasury

Scott Bessent*, in his official capacity*

U.S. Department of Labor

Keith E. Sonderling*, in his official capacity*